ACCEPTED
03-15-00324-CV
7393263
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 2:34:01 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00324-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 2:34:01 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD JUDICIAL DISTRICT OF TEXAS
## AT AUSTIN, TEXAS

**JEAN-MICHEL GUERIN,**
**Appellant**

**vs.**

**TINA GUERIN,**
**Appellee**

**Appeal from the 426th Judicial District Court**
**Cause No. 263324**
**Bell County, Texas**
**The Honorable Fancy Jezek, Judge Presiding**

## NOTICE OF APPEARANCE

Nathan L. Kennedy
State Bar No. 24049190
1607 Nueces Street
Austin, Texas  78701
(512) 469-0092
Fax:  (512) 469-9102
nkennedy@nathankennedylaw.com
**ATTORNEY FOR APPELLEE**

**NATHAN L. KENNEDY'S NOTICE OF APPEARANCE**

NOW COMES Nathan L. Kennedy and gives notice to this Court and Jean-Michel Guerin that he is now the attorney of record for Tina Guerin in the above listed case. Please forward all activity and correspondence to the undersigned lawyer.

Respectfully submitted,

NATHAN L. KENNEDY
ATTORNEY AT LAW
1607 NUECES STREET
AUSTIN, TEXAS 78701
PH: (512) 469-0092
FAX: (512) 469-9102
NKENNEDY@NATHANKENNEDYLAW.COM

NATHAN L. KENNEDY
STATE BAR NO. 24049190
Attorney for Appellee

**CERTIFICATE OF SERVICE**

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Notice of Appearance was served upon Jean-Michel Guerin via e-service and e-mail, as prescribed by Rule 9.5(a) & (b) of the Texas Rules of Appellate Procedure on this the 14th day of October, 2015.

Nathan L. Kennedy

2